1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9
10
11
12
13
14
15

| | |
|---|---|
| Jamal Al Amiri, | No. CV 08-1160-PHX-MHM (JCG) |
| Petitioner, | **ORDER** |
| vs. | |
| Katrina Kane, | |
| Respondent. | |

16     Petitioner, Jamal Al Amiri, filed his Petition for Writ of Habeas Corpus on June 23,

17 2008. On August 13, 2008, Respondent filed a Suggestion of Mootness advising the Court

18 that Petitioner was released on August 7, 2008.

19     The Magistrate Judge filed her Report and Recommendation on September 26, 2008

20 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as moot.

21     In her Report and Recommendation the Magistrate Judge advised the parties that they

22 had 10 days from the date of service of a copy of the Report and Recommendation within

23 which to file specific written objections with the Court. The time to file such objections has

24 long since expired and no objections to the Report and Recommendation have been filed.

25 Failure to timely file objections to any factual or legal determination of the Magistrate Judge

26 may be considered a waiver of a party's right to *de novo* consideration of the issues. *See*

27 *United States v. Reyna-Tapia 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).*

28 / / /

1    After a complete and independent review of the issues presented, the Court finds itself

2 in agreement with the Report and Recommendation of the Magistrate Judge.

3    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge

4 as the order of this Court [doc. 14].

5    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed

6 as moot [doc. 1].

7    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

8    DATED this 15th day of October, 2008.

11    _____
Mary H. Murgia
12    United States District Judge